THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Billy Johnson, Appellant.
 
 
 

Appeal From Chesterfield County
 James E. Lockemy, Circuit Court Judge

Unpublished Opinion No.  2007-UP-295
 Submitted June 1, 2007  Filed June 8,
 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER
 CURIAM:  Billy Johnson was convicted of burglary first degree and criminal
 domestic violence of a high and aggravated nature.  He was sentenced to fifteen
 years in prison for burglary first degree and ten years for criminal domestic
 violence of a high and aggravated nature, to run concurrent.  Johnsons
 appellate counsel filed a brief pursuant to Anders v. California, 386
 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from
 representation, asserting there are no directly appealable issues of arguable
 merit.  Johnson filed a pro se response with the Court.
After a review of
 the record pursuant to Anders and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, HUFF,
 and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.